UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Docket No.: 02 CIV 2166(   )
S.A.C., an Infant by his Mother and Natural Guardian,
AIDA CARRION,

                                              Plaintiffs,

   -against-

510 WEST 144 STREET ASSOCIATES, LAURENCE
GLUCK, STEVEN C. WITKOFF, STELLAR
MANAGEMENT CO., INC., NEW YORK-
PRESBYTERIAN HOSPITAL, s/h/a PRESBYTERAIN
MEDICAL CENTER, INC., WASHINGTON HEIGHTS-
INWOOD AMBULATORY CARE NETWORK
CORPORATION (ACNC) and FEDERAL HOME LOAN
MORTGAGE CORPORATION,

                                              Defendant.
-----------------------------------------------------------------X

**ORDER FOR PARTIAL WITHDRAWAL OF FUNDS**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/15

      Upon reading and filing the declaration of John M. Daly; the declaration of S.A.C., the then infant plaintiff; and the exhibits annexed thereto; these papers supporting an application for the partial withdrawal of funds from *The S.A.C. Structured Settlement Administration Trust* (SACSSAT Trust) as follows:

    (i)    An amount not to exceed $2,000.00 made payable to S.A.C. for the purchase of two roundtrip airline tickets for S.A.C. and his daughter to travel to and from the Dominican Republic;

    (ii)   An amount not to exceed $1,000.00 made payable to S.A.C. to rent a vehicle while in the Dominican Republic; and

    (iii)  An amount not to exceed $1,500.00 made payable to S.A.C. to cover S.A.C.'s expenses and meals while in the Dominican Republic.

RECEIVED JUL 31 2015
LORNA G. SCHOFIELD

1

IT IS ORDERED, that upon the service of an attorney certified copy of this Order, upon an officer of BNY Mellon, the Bank as Trustee of the SACSSAT Trust shall make the following payments:

(i) An amount not to exceed **$2,000.00** made payable to S.A.C. for the purchase of two roundtrip airline tickets for S.A.C. and his daughter to travel to and from the Dominican Republic;

(ii) An amount not to exceed **$1,000.00** made payable to S.A.C. to rent a vehicle while in the Dominican Republic;

(iii) An amount not to exceed **$1,500.00** made payable to S.A.C. to cover S.A.C. and S.A.C.'s daughter's expenses and meals while in the Dominican Republic; and

(iv) The sum of **$1,237.50** to the Law Office of John M. Daly for the preparation and filing of the instant application.

ENTER  7/31/15

_____
J.S.C.
Judge Schofield,
Part I

2